U.S. DISTRICT COURT N.D. OF N.Y.

**FILED**

SEP 2 5 2018

AT_____O'CLOCK_____

John M. Domurad, Clerk - Albany

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

James R. Powell _____ )
                  **Plaintiff(s)**  )
                                    )
         vs.                        )
                                    )
PTL Andrey Korobovsky              )
(sheild 004) _____ **Defendant(s)** )
                                    )

Civil Case No.: 1:18-cv- 1154
(DNH/DJS)

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ☑ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: James R. Powell

   Address: Saratoga Correctional facility 6010 County Rd. Ballston Spa N.Y. 12020

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Andrey Korobovsky [004]

   Official Position: Police Officer

   Address: South Glens falls N.Y. 12803 Police Dept.

1. (facts)

On may 10, 2018 at approximately 1:30 am officer Andrey Korobovsky (sheild 004) of the So. Glens Falls Police Dept. Filed a frivolous Complaint and information report against me (James R. Powell) bearing false allegations, in pursuit to have me maliciously prosecuted. Officer charged me as follows Criminal Possession of a weapon - 2nd degree: 265.03(01B) menacing 2nd-weapon, PL sec. 120.14 (01) and III discharge of firearm, Ecl sec. 11-0931 (04). Officer stated on the face of his felony complaint, that James R. Powell was chasing another on foot, Leann E. Trumbull, across the parking lot of the Clearview Motel, while she was yelling "please don't shoot me in the face". After review of the officers Narrative, it is a fact that Leann E. Trumbull denied having any involment with a gun at any point that night. Officer stated that his allegations of fact upon information and belief were based on depositions of William C. Quinn and Daniel E. Thornton. After reviewing depositions made by william C. Quinn and daniel E. Thornton it is found that neither of them stated anything similar to what officer korobovsky stated in his complaint against me. Officer also stated that I attempted to place Leann E. Trumbull in reasonable fear by displaying a deadly weapon and discharging a round in her pressence, with his allegations of fact, made upon belief, + information provided in depositions of william C. Quinn, Daniel E. Thornton, Sean R. Miller

→

and Bradley C. Schaffer. Review of all depositions show fact that they all fail to state or coorborate the allegations of the complaint and information. The officer has filed against me. Officer also charged me with discharge of a firearm, with no supporting depositions, No evidence of gunshot residue testing, finger prints from gun, shell casings, a shear lack of a thorough investigation. Officer has made false allegations knowingly and intentionally in attempt to maliciously support a complaint and information. I have all neccesary documents supporting my claim.

09/11/2018                                    James Powell

b.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

c.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

See Attachment

5.                      **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Defamation, Defendants false allegations and malicious complaint attracked media, press, Television attention, I have faced scrunity, and must rebuild my character. Face Shame and many Threats, Due To being falsely accused; Here in This Jail I face Thru.ts.

### SECOND CAUSE OF ACTION

Lost my job + wages of $17.50 hrly, cause non support to my family, lost assets, mental anguish, and false imprisonment

### THIRD CAUSE OF ACTION

I feel That I am in need of mental health counseling and am in fear for my well-being and my Life. I am also facing malicious Prosecution Due To The false allegations made against me.

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

All false complaints dismissed against me. All existing media of these allegations be deleted; action be taken on officer Korobovsky to prevent these type complaints, $250,000. monitary reward

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 09·11·2018

James Powell
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010